FILED

02/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0716

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Case No. DA 23-0716**

RODNEY BRANDT and HEIDI
BRANDT, MARSHALL FLADAGER and
NEVA FLADAGER, and LARRY
LAUTARET and RENA LAUTARET,

Plaintiffs/Counter-Defendants/
Appellees/Cross-Appellants,

-vs-

R&R MOUNTAIN ESCAPES, LLC, a
Montana Limited Liability Company,

Defendant/Counterclaimant/
Appellant/Cross-Appellee.

**ORDER GRANTING
SECOND UNOPPOSED
MOTION FOR EXTENSION
TO FILE OPENING BRIEF**

Appellant R&R Mountain Escapes, LLC has filed a Second Unopposed Motion for Extension to File Opening Brief. Appellant's counsel has represented to the Court that she has contacted counsel for Appellees and they do not object to this Motion.

For good cause appearing,

**IT IS ORDERED** that Appellant's Motion for Extension to File its Opening Brief is **GRANTED.**

**IT IS FURTHER ORDERED** that Appellant shall have up to and including April 5, 2024, to file its opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 22 2024